1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                      **EASTERN DISTRICT OF CALIFORNIA**

10

11    ROBERT GRIFFIN,                          )   Case No.: 1:11-cv-01296-JLT
                                               )
12               Petitioner,                   )   ORDER DIRECTING RESPONDENT TO LODGE
                                               )   DOCUMENTS IN SUPPORT OF ANSWER (Doc.
13          v.                                 )   18)
                                               )
14    JAMES A. YATES,                          )   THIRTY DAY DEADLINE
                                               )
15               Respondent.                   )
                                               )
16    _____ )

17          Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.

19          The instant petition was filed on August 5, 2011.  (Doc. 1).  Following a court-imposed stay,

20    Petitioner filed a first amended petition on February 16, 2012.  (Doc. 13).  On March 29, 2012, the

21    Court ordered Respondent to file a response to the petition.  (Doc. 14).  On April 30, 2012,

22    Respondent filed the Answer that references documents to be lodged with the Court concurrently with

23    the Answer.  (Doc. 18).  However, it does not appear from the Court's docket that any such documents

24    were ever lodged.  Accordingly, it is HEREBY ORDERED that Respondent lodge any documents in

25    support of the Answer within thirty days of the date of service of this order.

26

27    IT IS SO ORDERED.

28    Dated:  __July 9, 2014__              _____/s/ Jennifer L. Thurston__
                                                UNITED STATES MAGISTRATE JUDGE